United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                    No. C-14-3468 EMC (pr)

LAVELL RONDELL JOHNSON,
                                                         **ORDER OF DISMISSAL**
         Petitioner.
_____/

On July 31, 2014, mail was sent from the Court to Petitioner at the address he provided on his initial filing in this action and was returned undelivered on August 18, 2014, marked "return to sender - not in custody" and "not deliverable as addressed, unable to forward." (Docket # 5.) Petitioner has not provided any address other than the one to which the undeliverable mail was sent. More than sixty days have passed since the mail was returned to the Court undelivered. Petitioner has failed to comply with Local Rule 3-11(a) which requires that a party proceeding *pro se* must "promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address" when his address changes. Local Rule 3-11(b) allows the Court to dismiss a complaint without prejudice when mail directed to a *pro se* party is returned as not deliverable and the *pro se* party fails to send a current address within sixty days of the return of the undelivered mail. This action is **DISMISSED** without prejudice because Petitioner failed to keep the Court informed of his address in compliance with Local Rule 3-11(a).

IT IS SO ORDERED.

Dated: November 10, 2014

_____
EDWARD M. CHEN
United States District Judge